S.D.N.Y.–N.Y.C.
12-cv-2656
Nathan, J.

# United States Court of Appeals
FOR THE
SECOND CIRCUIT

      At a stated term of the United States Court of Appeals for the Second Circuit, held at the Thurgood Marshall United States Courthouse, 40 Foley Square, in the City of New York, on the 25th day of November, two thousand fourteen.

Present:
      Robert A. Katzmann,
          *Chief Judge,*
      Ralph K. Winter,
          *Circuit Judge.*[1]

In re A2P SMS Antitrust Litigation

iSpeedbuy LLC, Club Texting, Inc., on behalf of itself and all others similarly situated, Textpower, Inc.,

      *Plaintiffs - Appellees*,

      v.

AT&T Mobility LLC, *et al.*,

      *Defendants - Appellants*,

Ericsson IPX, SYBASE, Inc., *et al.*,

      *Defendants,*
Open Market Inc.,

      *Consolidated - Defendant.*

14-2335 (L);
14-2345 (con);
14-2347 (con);
14-2350 (con);
14-2407 (con);
14-2474 (con)

---

[1] The Honorable Victor Marrero, of the United States District Court for the Southern District of New York, sitting by designation, was originally a member of this panel but recused himself from this case. The remaining two judges issue this order in accordance with Second Circuit Internal Operating Procedures E(b).

2

Appellees move to dismiss the consolidated appeals for lack of jurisdiction. Upon due consideration, it is hereby ORDERED that Appellees' motion is GRANTED and the appeals are DISMISSED. This Court has determined that the district court's order does not constitute an appealable order "denying a petition . . . to order arbitration to proceed" as contemplated under the Federal Arbitration Act, 9 U.S.C. § 16(a)(1)(B); *see Augustea Impb et Salvataggi v. Mitsubishi Corp.,* 126 F.3d 95, 98-99 (2d Cir. 1997).

                                            FOR THE COURT
                                            Catherine O'Hagan Wolfe, Clerk